IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HENRY ADUDDLE, | § | |
| TDCJ-CID NO.1191046, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-3358 |
| | § | |
| TRUMAN BODY, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED.

Plaintiff's federal claims are DISMISSED WITH PREJUDICE and his state law claims are DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 22nd day of January, 2007.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE